Harry L. Morris, Appellant, v. Francis E. Walbridge, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of the Application of James Chittick, Appellant, for a Writ of Mandamus against British War Relief Association, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Ford Motor Company, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Joseph Largey, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Hyman Weitzer, on Behalf of Himself, etc., Appellant, v. Max Turkeltaub and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Alfred Chester Beatty, Appellant, v. Guggenheim Exploration Company and Another, Respondents.— Order modified by requiring defendant to give security in the sum of $145,000 to secure past and future dividends on the 39,000 shares of stock which are the subject of an option, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.; McLaughlin, J., dissented on the ground that the plaintiff has all the security he is entitled to. Order to be settled on notice.

Marcel Levy, as Receiver, etc., Respondent, v. Samuel Kurzman and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Jose M. Ortiz, Appellant, v. Volney D. Williamson and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Maurice Bamberger, as Trustee, etc., Appellant, v. Jacob A. Cantor and Others, Respondents, Impleaded with Edwin Wolf and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of the Proceeding of Edward C. Newdorf, as Executor, etc., of Thomas S. Doyle, Deceased, Appellant, to Discover Property withheld. Delia Doyle, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.